## YATES v. BATTEFORD.

### No. 13828.

Court of Appeal of Louisiana. Orleans.
Feb. 15, 1932.

For former opinion, see 139 So. 37.

R. A. Tichenor and Alex W. Swords, both of New Orleans, for appellant.

Neil A. Armstrong, Jr., and Emmett Alpha, both of New Orleans, for appellee.

PER CURIAM.

Due to a miscalculation on our part the decree rendered by us, among other things, condemned Batteford, defendant, to pay to Yates, plaintiff, the sum of $373.30, with interest, etc. The amount should have been $420, with interest, etc., instead of $373.30.

It is therefore ordered, adjudged, and decreed that the decree rendered by us on January 11, 1932, be and it is amended so as to correct the figures $373.30 as they appear in the original decree to read $420.00.

The rehearing requested is refused.

Rehearing refused.